CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 30 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| CATHY A. STRICKLAND,<br><br>*Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL ACTION No. 6:05CV00019<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on May 1, 2006, recommending that this Court remand the case for further proceedings.

After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's report in its entirety. This case is thus remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for proper consideration of Dr. Banks' opinion, as a treating physician, that Plaintiff is disabled from all work.

Accordingly, it is this day ORDERED that the Report and Recommendation of the United States Magistrate Judge filed May 1, 2006, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: *[signature]*

U.S. District Court Judge

DATE: June 30, 2006